McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-CR-227 OWW |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL OF |
| | ) | INDICTMENT AND RECALL OF |
| v. | ) | WARRANT |
| | ) | |
| JOSE MARISCAL LARA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein be dismissed against defendant Jose Mariscal Lara, only, without prejudice and in the interest of justice and any warrant shall be recalled.

IT IS SO ORDERED.

**Dated:   April 11, 2008**             **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE

1