UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 1:06-CR-00227 OWW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER EXONERATING BOND |
| **JOSE MARISCAL LARA** | ) | AND FOR RETURN OF NOTES |
| | ) | AND DEEDS OF TRUST |
| Defendants. | ) | |
| _____ | ) | |

The above-named defendant having been sentenced, and now being in the custody of the Bureau of Prisons, it is hereby ordered that the bond be exonerated and all notes and deeds of trust be returned to the sureties.

**Deed # 2006-0227758**
IT IS SO ORDERED.

Dated:   December 17, 2009              /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE